FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

2009 SEP 21 PM 3: 22

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| BRIAN C. FAUSSET, | |
|---|---|
| Plaintiff, | |
| v. | CASE NO. **4:09CV0065** |
| RELIANT CAPITAL SOLUTIONS, LLC, | JURY DEMAND |
| Defendant. | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for statutory and actual damages, punitive damages, costs of the action and a reasonable attorney's fee brought by Plaintiff Brian C. Fausset for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendant.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331 and 1337.

### III. PLAINTIFFS

3. Plaintiff Brian C. Fausset is a natural person residing in Lafayette, Indiana.

### IV. DEFENDANTS

4. Defendant Reliant Capital Solutions, LLC is a for-profit foreign limited liability company operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

### V. STATEMENT OF FACTS

5. On September 22, 2008, Defendant sent Plaintiff a document titled **COLLECTION NOTICE** in an attempt to collect a debt in the amount of $236.50.

6. The **COLLECTION NOTICE** stated: "***A 3% convenience fee will be charged on all credit card transactions.***."

7. Plaintiff does not owe the debt Defendant attempted to collect by the **COLLECTION NOTICE**.

8. On September 26, 2008, "Ms. Bowman," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff that states, *inter alia,* "... I am with the legal department here... I received a complaint filed here in my office against you... I wanted to speak with you before making a decision on your behalf..."

9. On October 8, 2008, "Ms. Bowman," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff.

10. On October 14, 2008, "Ms. Bowman," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff.

11. On November 13, 2008, "Mr. Napper," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff that states, *inter alia,* "... this is Mr. Napper on behalf of the Attorney General's Office, you have a complaint filed against you on 9-18-2008... you're to call this office voluntarily... make no mistake, Brian, you will have to call today by 5:00 p.m. eastern time."

12. On November 15, 2008, "Mr. Napper," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff that states, *inter alia,* "... you have a complaint in my office... I see you don't return phone calls – I don't leave many... Attorney General's Office... I suggest you call voluntarily."

13. On December 29, 2008, "Mr. Napper," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff that states, *inter alia,* "... a complaint was filed against you by my client... I am going to start proceedings against you today, you have 'til 9 p.m. eastern time to call my office voluntarily..."

14. On January 2, 2009, "Mr. Napper," an employee of Defendant, called Plaintiff and left a voicemail message for Plaintiff.

## VI. CLAIMS FOR RELIEF

### A. Fair Debt Collection Practices Act

15. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through fourteen above.

16. Defendants violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    (a) Attempting to collect a debt in the amount of $236.50 that Plaintiff does not owe, in violation of 15 U.S.C. §§ 1692e(2) and 1692f(1);

    (b) Stating that "[a] 3% convenience fee will be charged on all credit card transactions," in violation of 15 U.S.C. §§ 1692e(2) and 1692f(1);

    (c) Giving the impression that the caller is an attorney in communications with Plaintiff, in violation of 15 U.S.C. §§ 1692e(3) and (10);

    (d) Falsely stating that a complaint has been filed against Plaintiff, in violation of 15 U.S.C. §§ 1692e(10) and (13);

    (e) Falsely stating that a decision is going to be made on Plaintiff's behalf, in violation of 15 U.S.C. § 1692e(10);

    (f) Failing to disclose in communications with Plaintiff that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11);

    (g) The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

    (h) Stating that the caller is with the Attorney General's Office, in violation of 15 U.S.C. §§ 1692d(6), 1692e(3), (10) and (14);

    (i) Threatening to take action that cannot legally be taken or is not intended to be taken, in violation of 15 U.S.C. § 1692e(5).

17. As a result of these violations of the Fair Debt Collection Practices Act, Defendants are liable to the Brian Fausset for his actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff Brian Fausset respectfully requests that the Court enter judgment in his favor and against Defendants in an amount that will compensate him for his actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
310 N. Lebanon St.
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com

## JURY DEMAND

Plaintiff requests a trial by jury.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
310 N. Lebanon St.
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com