UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMON DIVISION AT LAFAYETTE

| | |
|---|---|
| BRIAN C. FAUSSET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>　　　　Defendant. | CASE NO. 4:09-cv-0065 JD |

## **NOTICE OF SETTLEMENT**

Plaintiff hereby informs the Court that he has reached an agreement with Defendant that will resolve this matter in its entirety. The parties will dismiss this matter as soon as reasonably practicable following the execution of documents and consummation of settlement.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/ Robert E. Duff*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Robert E. Duff, Atty No. 16392-06
　　　　　　　　　　　　　　　　　　　　　　　Indiana Consumer Law Group/
　　　　　　　　　　　　　　　　　　　　　　　The Law Office of Robert E. Duff
　　　　　　　　　　　　　　　　　　　　　　　380 Mount Zion Road, Suite C
　　　　　　　　　　　　　　　　　　　　　　　Lebanon, IN 46052
　　　　　　　　　　　　　　　　　　　　　　　800-817-0461
　　　　　　　　　　　　　　　　　　　　　　　robert@robertdufflaw.com

<u>Certificate of Service</u>

  Attorney for Plaintiff hereby certifies that service of this document was made by automatic e-mail message generated by the CM/ECF system (after the documents was filed electronically) upon counsel of record.

                *s/ Robert E. Duff*
                _____
                Robert E. Duff, Atty No. 16392-06
                Indiana Consumer Law Group/
                The Law Office of Robert E. Duff
                380 Mount Zion Road, Suite C
                Lebanon, IN 46052
                800-817-0461
                robert@robertdufflaw.com