UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRIAN C. FAUSSET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>　　　　Defendant. | CASE NO. 4:09-cv-00065-JD |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

　　Plaintiff, Brian C. Fausset, and Defendant, Reliant Capital Solutions, LLC, by counsel, jointly stipulate that the above-entitled matter is dismissed, with prejudice.

　　　　　　　　　　　　　　　　　　/s/<u>Robert E. Duff</u>
　　　　　　　　　　　　　　　　　　Robert E. Duff
　　　　　　　　　　　　　　　　　　380 Mount Zion Rd. Suite C,
　　　　　　　　　　　　　　　　　　Lebanon, IN 46052
　　　　　　　　　　　　　　　　　　Robert@robertdufflaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Brian C. Fausset


　　　　　　　　　　　　　　　　　　KIGHTLINGER & GRAY, LLP

　　　　　　　　　　　　　　　　　　/s/<u>Peter A. Velde</u>
　　　　　　　　　　　　　　　　　　Peter A. Velde
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　KIGHTLINGER & GRAY, LLP
　　　　　　　　　　　　　　　　　　Market Square Center, Suite 600
　　　　　　　　　　　　　　　　　　151 N. Delaware Street
　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　pvelde@k-glaw.com

091299 / 1400240-1